IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WM. WRIGLEY JR. COMPANY, a Delaware corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TERPHOGZ, LLC, a California limited liability company and JOHN DOES 1-5,<br><br>　　　　Defendants. | Case No. 21-CV-02357<br><br>Judge |

NOTICE OF CLAIM INVOLVING PATENTS OR TRADEMARKS
PURSUANT TO LOCAL RULE 3.4

PLEASE TAKE NOTICE that, pursuant to Local Rule 3.4 of this Court, Plaintiff Wm. Wrigley Jr. Company filed a complaint involving multiple U.S. trademark registrations identified below. This notice serves to provide the Clerk of this Court with the following information:

Plaintiff:
　　Wm. Wrigley Jr. Company
　　1132 West Blackhawk Street
　　Chicago, IL 60642

Defendants:
　　Terphogz, LLC
　　75 North Main Street, #118
　　Willits, California 95490

　　John Does
　　Identities and Locations are presently unknown

Trademarks-in-Suit:

　　United States Trademark Registration No. 1,221,105

　　United States Trademark Registration No. 2,535,714

　　United States Trademark Registration No. 2,727,071

United States Trademark Registration No. 4,175,199

United States Trademark Registration No. 4,377,303

United States Trademark Registration No. 4,393,854

United States Trademark Registration No. 5,073,429

Respectfully Submitted,

WM. WRIGLEY JR. COMPANY

Dated: May 3, 2021   By: /s/ Joseph T. Kucala, Jr.

Joseph T. Kucala, Jr. (Reg. No. 6275312)
KUCALA LAW LLC
P.O. Box 547
New Lenox, IL 60451
Telephone (630) 453-8380
joe@kucalalaw.com

John J. Dabney (*pro hac vice* to be filed)
Mary D. Hallerman (*pro hac vice* to be filed)
SNELL & WILMER L.L.P.
2001 K. Street N.W.
Suite 425 North
Washington, D.C. 20006
Telephone (202) 908-4261
jdabney@swlaw.com
mhallerman@swlaw.com

*Attorneys for Plaintiff Wm. Wrigley Jr. Company*